IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| J & J SPORTS PRODUCTIONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | 4:18CV3061 |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| ANGELA R. COTTON, a/k/a ANGELA RAE COTTON, individually and d/b/a OUR PLACE; and OUR PLACE, INC., an unknown business entity d/b/a OUR PLACE, | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

Due to the Defendants' failure to plead or otherwise defend, the Clerk of Court entered the Defendants' default (Filing No. 13) pursuant to Fed. R. Civ. P. 55(a) on July 26, 2018. The Plaintiff has now filed a Motion for Default Judgment (Filing No. 14), along with supporting evidence and a brief (Filing No. 15-1 to 15-4).

IT IS ORDERED:

1. The Defendants shall respond to the Plaintiff's Motion for Default Judgment (Filing No. 14) on or before October 15, 2018. If no response is filed, the Plaintiff's Motion for Default Judgment shall be taken up on the materials contained in the court file without a hearing;

2. The Clerk of Court shall send a copy of this order to the Defendants' last-known address.

DATED this 25th day of September, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge