IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| J & J SPORTS PRODUCTIONS, INC., | ) ) ) | 4:18CV3061 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **SUPPLEMENTAL** |
| ANGELA R. COTTON a/k/a ANGELA RAE COTTON, individually and d/b/a OUR PLACE; and OUR PLACE, INC., an unknown business entity d/b/a OUR PLACE, | ) ) ) ) ) ) | **JUDGMENT** |
| Defendants. | ) ) | |

Pursuant to 47 U.S.C. § 605(e)(3)(B)(iii) and the Memorandum and Order entered this date, judgment is hereby entered in favor of Plaintiff and against Defendants, providing that Plaintiff is awarded attorney fees in the amount of $1,993.75.

DATED this 8th day of January, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge